IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT PORTER and HELEN PORTER,

Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY,

Defendant.

Case No. 20-cv-1257 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 29, 2021**          MARGARET M. ROBERTIE, Clerk of Court

                                                                  **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**